Ora D. Barnhart, Executor of Last Will and Testament of Gerald A. Barnhart, Deceased, Appellee, v. David S. Martin, Appellant.

Gen. No. 10,015.

Heard in this court at the May term, 1945; opinion filed October 22, 1945; rehearing denied February 6, 1946; released for publication February 6, 1946. Matthews, Jordan & Dean and Vogel & Bunge, for appellant; Everett Jordan and Leslie H. Vogel, of counsel; Sears, O'Brien & Streit, for appellee; Barnabas F. Sears, Glenn T. Johnson and William C. O'Brien, of counsel. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.